# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

150001 & (73)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

COALITION PROTECTING AUTO NO-FAULT,
BRAIN INJURY ASSOCIATION OF
MICHIGAN, ILENE IKENS, RICHARD IKENS,
KENNETH WISSER, SUSAN WISSER,
GREGORY WOLFE, and KAREN WOLFE,
      Plaintiffs-Appellants,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
      Defendant-Appellee.

SC: 150001
COA: 314310
Ingham CC: 12-000068-CZ

_____/

      On order of the Court, the motion to supplement record is DENIED. The application for leave to appeal the May 20, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 35 days of the date of this order addressing only the question of whether MCL 500.134 violates Const 1963, art 4, § 25 by creating an exemption to the Freedom of Information Act (FOIA – MCL 15.231 *et seq.*) without reenacting and republishing the sections of FOIA that are altered or amended. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

t0128